SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

------------------------------------------x

CELIA J SANTIAGO VARGAS,

      Plaintiff,

 - against -

ST. NICKS ALLIANCE HOME CARE CORP. (NBA ST. NICKS ALLIANCE), SIMON MAYHEW, LISA FINGER, MICHAEL ROCHFORD,

      Defendants.

------------------------------------------x

Index No. 500725/2022

**STIPULATION TO EXTEND DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff Celia J. Santiago Vargas ("Plaintiff") and counsel for defendants St. Nicks Alliance Home Care Corp., Simone Mayhew (incorrectly named herein as "Simon Mayhew"), Lisa Finger, and Michael Rochford ("Defendants"), that

1. The deadline for both parties to respond to discovery requests and to produce relevant, non-privileged documents, currently scheduled for December 13, 2022, is extended through and including January 27, 2023; and

2. The deadline to complete depositions, formerly scheduled for January 23, 2023, is extended through and including February 28, 2023.

Dated: New York, New York
   November 23, 2022

/s/Lina Stillman
_____

Raglan and Stillman, LLP
By: Lina Stillman, Esq.
*Attorneys for Plaintiff*
42 Broadway, 12th Floor
New York, New York 10004

/s/ Jeffrey H. Ruzal
_____
Epstein Becker & Green, P.C.
By: Jeffrey H. Ruzal, Esq.
*Attorneys for Defendants*
875 Third Avenue
New York, New York 10022

SO ORDERED: _____
     J.S.C.